IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. MCNATT ) | |
|     Petitioner, ) | |
| ) | |
| vs. ) | C.A. No. 04-225 ERIE |
| ) | |
| PA. BD. OF PROBATION & PAROLE ) | |
|     Respondent. ) | |

<u>RULE AND ORDER</u>

AND NOW, this 12th day of July, 2005,

IT IS HEREBY ORDERED that Petitioner show cause before July 28, 2005 for his failure to cooperate with the U.S. Marshal Service in order to serve the petition. Failure to comply with this Order will result in the dismissal of this action for failure to prosecute.

<u>S/ Susan Paradise Baxter</u>
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge